AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| RAE WINN-YOUNG,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CR420-052 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 3, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Accordingly, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is dismissed, and Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _[signature]_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

November 3, 2025
Date

John E. Triplett
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/1/03